IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS ORLANDO TAITE,** | ) |
| **AIS #00180664,** | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 13-00322-CG-N |
| | ) |
| **CYNTHIA STEWART, Warden,** | ) |
| **Fountain Correctional Facility,** | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against Petitioner Taite, that this action under 28 U.S.C. § 2254 is **DISMISSED** as time-barred, and that Taite is not entitled to a Certificate of Appealability or to appeal in forma pauperis.

**DONE** and **ORDERED** this the 4th day of August, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE